UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-3071 ) MDL No. 3071 ) ) This Document Relates to: ALL CASES ) ) 3:23-cv-00742 |

## ORDER

Plaintiff Joshua Kabisch has filed a Notice of Voluntary Dismissal of Claims against ConAm, Essex, Sherman and Windsor Without Prejudice (Doc. No. 713). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** against ConAm Management Corporation, Essex Property Trust, Inc., Sherman Associates, Inc., and Windsor Property Management Company. Claims against the remaining defendants remain pending.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE