UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071<br>) MDL No. 3071<br>)<br>) THIS DOCUMENT RELATES TO:<br>) 3:23-cv-00742<br>) 3:23-cv-00272<br>) 3:23-cv-00273<br>) 3:23-cv-00274<br>) |

**ORDER**

On March 7, 2024, the Court severed the claims raised in <u>Kabisch v. RealPage, Inc.</u>, No. 3:23-cv-00742, into four separate cases because of alleged jurisdictional defects. (<u>See</u> Doc. No. 850). The Clerk opened new cases for the claims raised against Prometheus Real Estate Group, Inc. and Sares Regis Group Commercial, Inc. (Case No. 3:24-cv-00272); Rose Associates, Inc. (Case No. 3:24-cv-00273); and Conti Texas Organization Inc., d/b/a CONTI Capital (Case No. 3:24-cv-00274), and subsequently transferred those cases to facially proper jurisdictions. Each of those three cases has now been transferred back to this Court to proceed as related tag-along actions to <u>In re: RealPage, Inc., Rental Software Antitrust Litig. (No. II)</u>, No. MDL 3071.

Pursuant to Federal Rule of Civil Procedure 42(a), the Court has determined that the above-captioned cases clearly involve common questions of law or fact that make consolidation appropriate. <u>See</u> Fed. R. Civ. P. 42(a); <u>see also</u> <u>Hall v. Hall</u>, 138 S. Ct. 1118, 1131 (2018) ("District courts enjoy substantial discretion in deciding whether and to what extent to consolidate cases."). Accordingly, the Court sua sponte **ORDERS** that the above-captioned cases are **CONSOLIDATED** for all purposes, with case number 3:23-cv-00742 serving as the lead case. All future filings shall be made in the lead case only.

The Clerk is **DIRECTED** to file this order in all four above-captioned cases.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE